# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

April 26, 2021

Lyle W. Cayce
Clerk

No. 20-50704
Conference Calendar

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

DAVID ARTURO JASSO-LUJAN,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Western District of Texas
No. 7:20-CR-100-1

Before SMITH, STEWART, and HIGGINSON, *Circuit Judges*.

PER CURIAM:*

The attorney appointed to represent David Jasso-Lujan has moved to withdraw and has filed a brief per *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Jasso-Lujan has filed a response.

---

* Pursuant to 5TH CIRCUIT RULE 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIRCUIT RULE 47.5.4.

No. 20-50704

We have reviewed counsel's brief, relevant portions of the record, and Jasso-Lujan's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for review. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.